FILED

Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

2014 NOV 13  PM 12: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

MC 14 - 01005

| | |
|---|---|
| In re Subpoena to ) <br> Great Wave Communications ) <br> f/k/a Conneaut Telephone Company/Suite 224 Internet ) | Notice of Lodging of Summary <br> and DMCA Notifications |

Documents attached to the cd include:

1. Excel Summary Spreadsheet

2. Notices from September 1, 2014 to November 2, 2014

Executed on    November 13, 2014

_____
Dennis J. Hawk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ VOLUMINOUS DOCUMENT

☑ CD, VIDEO, PHOTOS, OTHER, ETC.

AVAILABLE IN THE RECORDS

SECTION OF THE CLERK'S

OFFICE FOR PUBLIC VIEWING

G–114 (02/09)    VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING